UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NAKEISHA L. THOMPKINS,**

    Plaintiff,

v.                                      Case No: 8:20-cv-748-MSS-CPT

**SEQUIUM ASSET SOLUTIONS, LLC,**

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of Plaintiff's Notice of Settlement, (Dkt. 10), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE,** subject to the right of the Parties, within thirty (30) calendar days from May 29, 2020 or from any extended date that may be imposed by extension of the Court's Order Concerning Jury Trials and Other Proceedings in re: Coronavirus Public Emergency, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the thirty (30)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 5th day of May, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party